UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAYVOX LLC,<br><br>                       Plaintiff,<br><br>v.<br><br>ABACUS BUSINESS COMPUTER LLC,<br><br>                       Defendant. | Civil Action No. 1:25-cv-06205-BMC<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in the above-entitled action for Defendant, Abacus Business Computer LLC. I certify that I am admitted to practice in this Court and respectfully request that all pleadings, notices, orders, correspondence, and other papers filed in connection with the above-entitled action be served on the undersigned.

Dated: January 5, 2026
       New York, NY

                                                /s Ari J. Jaffess
                                                Ari J. Jaffess
                                                LISTON ABRAMSON LLP
                                                The Chrysler Building
                                                405 Lexington Avenue, 46th Floor
                                                New York, NY 10174
                                                Tel:  (212) 257-1630
                                                Email: ari.jaffess@listonabramson.com